**Randy K. SMITH, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 45665.**

Missouri Court of Appeals,
Western District.

Oct. 13, 1992.

Motion for Rehearing and/or Transfer to Supreme Court Denied Nov. 24, 1992.

Application to Transfer Denied
Dec. 18, 1992.

James R. Wyrsch, Jacqueline A. Cook, Kansas City, for appellant.

William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before KENNEDY, P.J., and SPINDEN and SMART, JJ.

PER CURIAM.

**ORDER**

Appeal from the denial, after evidentiary hearing, of a Rule 24.035 motion for post-conviction relief.

Judgment affirmed. Rule 84.16(b).